UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARY BAROUTAKIS,

                              Plaintiff,                           25-CV-01688 (ER)(SN)

       -against-                                        **ORDER**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    Plaintiff's request to terminate Max Leifer as counsel is GRANTED. Should Plaintiff require further legal assistance with her case, Plaintiff can contact the New York County Lawyers Association's Social Security SDNY Project. Additional information regarding the Social Security SDNY Project is attached.

    The Court does not currently have an address for Plaintiff to receive Court orders or filings from the Defendant. As a courtesy, the Court will email this Order along with the Notice of *Pro Se* Appearance and Consent to Receive Electronic Notifications form to Plaintiff. Plaintiff must complete the Notice of *Pro Se* Appearance immediately and send it to the Court for docketing. If Plaintiff wishes to receive electronic notifications of all filings rather than rely on mailed copies, she should also complete the Consent to Receive Electronic Notifications.

    The Clerk of Court is respectfully directed to designate this case as *pro se*.

**SO ORDERED.**

                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      August 25, 2025
                 New York, New York

CC: Mary Baroutakis
     mb@mbcresearch.com



**To all individuals who have Social Security or Supplemental Security Income cases:**

The New York County Lawyers Association (NYCLA) has provided free legal assistance to thousands of people who cannot afford lawyers. If you cannot afford a lawyer, you may qualify for free legal representation in your appeal in the Southern District of New York.

If you would like to consult with a lawyer, please call Carolyn A. Kubitschek at (212) 349-0900. We cannot guarantee that everyone who calls will get a lawyer, but we are committed to providing as many individuals as possible with free legal representation in their federal appeals.

Sincerely,

*Anthe Maria Bova*

Anthe Maria Bova
General Counsel & Director of Pro Bono Programs

---

**A todas las personas que tienen casos de Seguro Social o Seguridad de Ingreso Suplementario:**

El *New York County Lawyers Association* (NYCLA) ha brindado asistencia legal gratuita a miles de personas que no pueden pagar un abogado. Si no puede pagar un abogado, puede calificar para representación legal gratuita en su apelación en el tribunal del 'Southern District of New York.'

Si desea consultar con un abogado, por favor llame a Carolyn A. Kubitschek al (212) 349-0900. No podemos garantizar que todos los que llamen obtengan un abogado, pero estamos comprometidos a brindar representación legal gratuita al mayor número posible de personas en sus apelaciones federales.

Atentamente,

*Anthe Maria Bova*

Anthe Maria Bova
Asesora General y Directora de Programas Pro Bono

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

                    Plaintiff(s),

        -against-

_____

                    Defendant(s).

Docket No: _____CV_____(    )(    )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☐ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☐ Plaintiff
☐ Defendant

Name (Last, First, MI)

Address    City    State    Zip Code

Telephone Number    e-mail address

Date    Signature

## CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

| | | | |
|---|---|---|---|
| Address | City | State | Zip Code |

| | |
|---|---|
| Telephone Number | E-mail Address |

| | |
|---|---|
| Date | Signature |

**Click Here to Save**