```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MARY BAROUTAKIS,

                Plaintiff,

-against-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                Defendant.

-----------------------------------------------------------------X

25-CV-01688 (ER)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, this case is stayed until the business day after the President signs into law a budget appropriation that restores federal funding. The deadline for the Commissioner to respond to Plaintiff's brief shall be extended from October 14, 2025, by the number of days between September 30, 2025, and the restoration of federal funding.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:    New York, New York
               October 15, 2025