UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARY BAROUTAKIS,

                              Plaintiff,

           -against-

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                            Defendant.

------------------------------------------------------------X

25-CV-01688 (ER)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

       In light of the recent lapse in government funding and pursuant to the Amended Standing Order 25-mc-00433, all deadlines shall be extended by the number of days between September 30, 2025, and the restoration of federal funding. Absent further order by the Court, Defendant shall respond to Plaintiff's brief by no later than Wednesday, November 26, 2025.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     New York, New York
                November 18, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2025